UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MUSTAFA DEVILLE REYNOLDS,
aka, "J,"

        **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

### COUNT 1
(Distribution of Heroin and Fentanyl Resulting in Death)

On or about August 20, 2019, in Kent County, in the Western District of Michigan, Southern Division,

MUSTAFA DEVILLE REYNOLDS, aka "J"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in the death of A.M.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 2**
(Distribution of Heroin and Fentanyl)

On or about August 27, 2019, in Kent County, in the Western District of Michigan, Southern Division,

MUSTAFA DEVILLE REYNOLDS, "J"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DANIEL T. McGRAW
Assistant United States Attorney