UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUSTAFA DEVILLE REYNOLDS,
    also known as "J,"

    Defendant.
_____/

No. 1:20-cr-24

Hon. PAUL L. MALONEY
United States District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Distribution of Heroin and Fentanyl Resulting in Death)

On or about August 20, 2019, in Kent County, in the Western District of Michigan, Southern Division,

    MUSTAFA DEVILLE REYNOLDS, a/k/a "J,"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in the death of A.M.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

# COUNT 2
(Distribution of Heroin and Fentanyl Resulting in Death)

On or about August 20, 2019, in Kent County, in the Western District of Michigan, Southern Division,

MUSTAFA DEVILLE REYNOLDS, a/k/a "J,"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in the death of B.D.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

# COUNT 3
(Distribution of Heroin and Fentanyl)

On or about August 27, 2019, in Kent County, in the Western District of Michigan, Southern Division,

MUSTAFA DEVILLE REYNOLDS, a/k/a "J,"

knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
ALEXIS M. SANFORD
DANIEL T. McGRAW
Assistant United States Attorneys