# Attachment A:
# Gus Dimitrelos Curriculum Vitae



# Konstantinos "Gus" Dimitrelos

**141 S Center Street, Suite 404, Casper, Wyoming 82601**

**www.CyberForensics.com - Gus@CyberForensics.com**

I am the CEO of Cyber Forensics, Inc. which is an international digital forensics consulting and services corporation. I am certified as a cyber and mobile forensics expert and have testified in International, Federal and State courts in classified, criminal and civil matters. I am also a certified Federal and State court expert in cellular historical data reconstruction commonly referred to as cellular triangulation or call detail records (CDR) analysis.

- I am certified in International, US Federal and US State Courts as a Digital Evidence Forensic Expert
- I am certified in US Federal and US State Courts as an Expert in Cellular Historical Data Reconstruction (Cellular Triangulation)
- I am certified as a handwriting expert in US State Civil Courts
- I am currently contracted to provide cyber investigations, computer and mobile device forensics, and provide training to the Alabama Securities Commission in fraud related cases including fraudulent ICOs, online financial fraud schemes, and securities fraud
- I develop courses and training in dead-box and network-based forensics and data breach investigations in various environments including Linux, PC and OSX environments
- I perform penetration testing and vulnerability assessments on Government Infrastructure networks and small to medium corporate networks
- I have been contracted since 2007 by the US Department of Justice-US Attorney's (DOJ-USAO) to conduct cyber investigations and cyber and cellular forensics and



Scan QR Code for Current CV

1



- collect, examine, investigate and testify in cyber and cellular cases for all federal agencies and more than 40 state and local police departments
- I conducted over 1000 computer examinations and mobile device forensic examinations for DOJ-USAO
- I am an instructor for the Regional Counterdrug Training Academy – Cellular Triangulation and Forensics course
- I am a US Department of State contracted lead instructor, course developer and cyber program coordinator for the Global Cyber anti-Terrorism Assistance program (GATA)
- I perform fraud investigations, network audits, and data breach investigations for Fortune 100 corporations for corporations including Toyota Tsusho of America, DHL and Allstate

**Past Experience**

- I am a Retired US Secret Service agent and certified in computer forensics by the US Secret Service and the Royal Canadian Mounted Police
- I was the Technical and Physical Security Coordinator for the 2002 Salt Lake City Winter Olympics and 2004 Athens Summer Olympics Major event and site security for all Olympic events and physical sites including all indoor and outdoor physical security designs, implementation, and security management
- I was a Lead Physical Security Specialist for three Presidents and three Vice-Presidents
- I developed and implemented countermeasures planning for explosive and ballistic threats, and chemical / biological / radiation threats
- I have Conducted more than 100 fire and life safety assessments and evacuation plans for Protectees
- I coordinated the configuration and management of 50+ Presidential SCIFs Sensitive





- Compartmented Information Facilities used for secure communications and meetings
- I have assessed vulnerabilities and physical security weaknesses at over 500 facilities
- I supervised all 15 Electronic Crimes Task forces throughout the USA, which are responsible for all network breach investigations and network and computer forensics
- I was a Cyber-Program Country coordinator for the US Department of State, anti-Terrorism Cyber Program and assisted numerous countries with the development of cyber programs
- I have more than 23 years of experience in cellular tracking and cellular historical data reconstruction working with Bellsouth Corporation in South Florida and in foreign countries such as Colombia, Jamaica and Mexico
- First criminal historical cellular data reconstruction case was the murder of Courtney Wright, Florida State Attorney's office October 6, 1998

**US Secret Service Handwriting Analysis Specific Background**

- My training as a special agent in the US Secret Service included the obtaining and analysis of handwriting exemplars in order to determine signature validity as part of my investigation
- As a special agent with the US Secret Service, my primary role in addition to protection was investigations related to signature forgeries, fraud, and counterfeiting of FRN, Treasury checks, and any financial documentation which included a handwritten signature(s)
- My investigative role in these types of investigations was to identify fraudulent signatures by suspects found to be in possession of such documents and to compare true signatures of victims to false ones displayed on such documents



Scan QR Code for Current CV

3



- While in the US Secret Service I conducted numerous fraud and forgery investigations related to counterfeit checks, forged signatures. This included investigation of signature forgeries of bank, personal and government checks; identity theft using forged government IDs, and forgeries of other legal or financial documentation
- While in the US Secret Service special agent training academy I was taught the analysis of forged and fraudulent instruments and utilized this specialized training as part of my normal investigations while at the Miami Field Office of the USSS
- **Past Positions**
- Director of Digital Evidence for the Alabama Computer Forensics Laboratory
- US Secret Service – Retired
    - Supervisor for all 15 Electronic Crimes Task Forces throughout the USA
    - Technical Security Coordinator for the 2002 Winter Olympics
    - Vice-chairman on the Scientific Working Group on Digital Evidence (SWGDE) Committee
    - Supervisor for Technical Security Division (TSD) Security and Infrastructure Assurance branch
    - Intelligence Division – TSD Technology Threats Liaison agent
    - Special Agent – Miami Field Office Fraud Division
- Digital Forensics and Technical Certifications
- Certified Computer Investigative Specialist CIS2000, USSS ECSAP 06/97
- Certified Electronic Crimes Special Agent Program (ECSAP) Instructor, 05/98-01/00
- Certified by the Royal Canadian Mounted Police (RCMP) in Computer Forensics, 11/96
- Certified Network Investigations Specialist, USSS 11/97
- Certified Ethical Hacker v9, 01/17



Scan QR Code for Current CV

4



- Certified by Paraben Corporation Level 3 Cellular/GPS Signal Analysis, 03/09
- Advanced R.E.A.C.T. instructor 2006-2008, Cellular Tracking Historical Data reconstruction
- Certified Instructor – Oxygen Mobile Device Forensics and Call Detail Records Analyst
- Certified Instructor – Cellebrite Cellular Physical and Logical Forensics, 10/12
- Certified Cellebrite Cellular Physical and Logical Forensics, 6/12
- Certified Network Intrusions Investigator, National Security Agency (NSA) 09/98
- Certified US Army, Improvised Explosive Device techniques and procedures, 02/00
- Certified British Bomb School, Advanced Bomb Search Techniques, 08/01
- Certified USSS Cornerback – Cellular and Radio Program, Classified, 04/00
- Certified Telephone Intercepts, National Intelligence Agency, 02/00
- Certified US Army, Fort Bragg Special Warfare Center, Individual Terrorism, 03/00
- Certified Photography Expert – US Secret Service/NIA, 04/02
- Instructor – Introduction to Digital Forensics – DoS-Cyber ATA Program, 6/11
- Instructor – Fundamentals of Network Security – DoS-Cyber ATA Program, 05/11
- Instructor – Cellular Communications Forensics Course – DoS-Cyber ATA Program 03/12

**Associations and Publications**

- Former Vice Chairman – Scientific Working Group on Digital Evidence, ASCLD
- Former Board Member – TSWG - Technical Security Working Group, Washington DC
- Author – US Department of State Cyber anti-Terrorism Identification and Seizure of Digital Evidence
- Author – Cellular Triangulation and Forensics for Law Enforcement



Scan QR Code for Current CV

5



- Author – Fundamentals of Network Security and Intrusion investigations course for the US Department of State, anti-Terrorism Cyber Program
- Author – OnDEC-On-scene Digital Evidence Collection
- Author – PACE-Preparing for the ACE Certification
- Author – Digital Forensics Fundamentals Course

### Expert Certification for International, Federal, State and Civil Courts

*Note: The cases listed below reflect only live testimony and do not reflect any live or remote sworn depositions*

- Roe Boat, LLC v. N&G Engineering, Inc., Case 19-61503, April 1, 2021, Judge William P. Dimitrouleas, Southern District of Florida, Document Fraud
- Adam M. Milam et al vs WAV Properties, LLC, December 15, 2020, Data Breach and Wire Fraud Investigation
- State of Missouri v. Dale Hayes, 20PU-CR00752-01, August 21, 2020, St. Louis, Missouri , Judge John D Beger, Cellular Triangulation
- U.S. V. CTRCS Randy Tompkins, August 13, 2020, USN, The Navy Yard, WDC, Video Recorder and Video Evidence
- USA v Isiah L. Thomas, Case No.: 2:19-CR-265-ACA-JHE, May 20th, 2020, Northern District of Alabama, Magistrate Judge John England, Bodycam Footage Recovery
- USA vs Eric Romero-Lobato, US District Court of Nevada, November 15, 2019, Reno, Nevada, Judge Larry R. Hicks, Murder, Cellular Triangulation
- State of New Mexico vs Joshua Grantham, October 7, 2019, Carlsbad, NM, Judge Jane Shuler-Gray, Analysis of Email and Messaging
- Noveshen vs Welters, 2018cv61217, August 2, 2019, Broward County Courthouse,





15-021424, Judge William H. Haury, Cyber Harassment

- US District Court Arkansas, June 20, 2019, Little Rock, Arkansas, US District Judge Kristine G. Baker, Derrick Johnson v State Farm, Cellular Triangulation
- State of Florida vs Jamal Malik Rivera, May 28, 2019, Broward County 17th Judicial Circuit, Judge Michael A. Usan, Cellular Triangulation
- State of Florida vs Terrell Newson, May 23, 2019, West Palm Beach 15th Judicial Circuit, Judge Jeffrey Colbath, Capital Murder, Cellular Triangulation
- U.S. v. Lancy White, May 13, 2019, U.S. District Judge, Southern District of Alabama, Magistrate Judge P. Bradley Murray, Cyber Forensics Expert
- Noveshen v Welters, 2018cv61217, April 18, 2019, Broward County Courthouse, 15-021424, Judge William Haury, Cyber Harassment
- USA vs Harold Martin, January 8, 2019, US District Court, District of Maryland, Case 1:17-cr-00069-MJG, Judge Richard D. Bennett, Classified
- Noveshen v Welters, November 14, 2018, Superior Court of California, Los Angeles, CA, Judge Steve Cochran, Cyber Harassment
- Dassault vs Tunkers, February 8, 2018, Barcelona, Spain, Fraud-Intellectual Property Theft
- USA vs ET3 Xavier Guerra, November 7, 2017, US Navy-Naval Yard WDC, Military Court Testimony, William H Weiland CDR OJAG, Mobile Forensics
- USA vs ET3 Xavier Guerra, June 22, 2017, US Navy-Naval Yard WDC, Military Court Testimony, William H Weiland CDR OJAG, Mobile Forensics
- Dassault Systemes, S.A. v. Childress, March 9, 2017, Case No. 09-10534, Detroit Michigan, District Judge Marianne O. Battani, Software Infringement
- USA vs Thomas A. Sweeney, January 19, 2017, Southern District of Ohio, Judge





Michael H.Watson, Cellular Forensics (iOS and Android)

- Amber Price vs Curtis W. Sanders and United Parcel Service, March 16, 2016, Charlotte County, Florida, Judge Lisa S. Porter, Call Detail Records Reconstruction and GPS Records
- State of Maryland vs Jarret Savoy, March 26, 2015, Judge Nancy M. Purpura, Computer Forensics
- USA vs Kendall A. Hester, August 14, 2014, Northern District of Alabama, U.S. District Judge Abdul K. Kallon, Computer Forensics Expert
- State of Florida, Renaissance vs Cohen, June 26, 2014, Dade County Judge Lisa S. Walsh, Cellular Forensics Expert
- State of Florida vs Anthony Costanzo, July 10, 2013, Broward County Courthouse, Cellular Forensics Expert
- State of Florida vs Jeffrey London, April 3, 2014, Broward County Circuit Judge Michael Usan, Cellular Triangulation and Cellular Forensics Expert
- State of Louisiana vs Brandon Seals, March 19, 2014, Baton Rouge City Parish Judge Richard Anderson, Cellular Triangulation Expert
- USA vs Jovan Wood, October 17, 2013, U.S. District Judge Callie V. S. Granade, Southern District of Alabama
- State of Louisiana vs Torrance Hatch, May 9, 2013, Baton Rouge City Parish Judge Michael Lewis, Cellular Triangulation, Cellular Forensics, and Computer Forensics Expert
- State of Kentucky vs Anthony Gray, February 25, 2013, Judge Paul F. Isaacs, Lexington, Kentucky, Cellular Triangulation Expert
- State of Alabama, Moody v. Smith, Baldwin County Civil Court, Attorney Mary Beth





Mantiply, November 7, 2012, Forgery and Handwriting Analysis

- US Navy vs Captain Norris Cole, August 18, 2012, Judge CA Price, Computer and Cellular Forensics
- State of Missouri vs Michael Lewis, February 9, 2012, Johnson County District Judge Peter Ruddick, Cellular Triangulation Expert
- State of Kentucky vs Anthony Gray, January 28, 2012, Judge Paul F. Isaacs, Lexington, Kentucky, Cellular Triangulation Expert
- State of Florida vs Stobert "Toby" Holt, January 19, 2012, Circuit Judge Donald Jacobsen, Bartow, FL - Cellular Triangulation Expert
- USA v. Lori Brill/Medfusion, et al., January 10, 2012, U.S. District Judge Kristi DuBose, Southern District of Alabama, FBI Digital Evidence Expert
- State of Alabama vs Andrew Patrick Frisch, November 16, 2011, Judge Robert Smith
- USA vs John Labuda, July 20, 2011, U.S District Judge Charmaine Claxton, Western District of Memphis, Cyber Forensics Expert
- USA vs Nathan Railey, July 19, 2011, U.S. District Judge Ginny Granade, Southern District   of Alabama, Cyber Forensics Expert
- USA vs. Kristian Holzaepfel, May 03, 2011, U.S. District Judge Kristi DuBose, Southern District of Alabama, Cyber Forensics Expert
- Most Recent Civil Court Certification as a Forensics Expert – December 8, 2010, Joseph Brunson Matter, Judge Donald Davis, Alabama Probate Court, Cyber Forensics Expert
- USA vs. Jonathon Jantz, September 20, 2010, U.S. District Judge Ginny Granade, Southern District of Alabama, Cyber Forensics Expert
- State of Alabama vs Bryan C. Pettibone, May 4, 2010, Alabama State Judge J. Langford Floyd, Cellular Forensics Expert



Scan QR Code for Current CV



- USA vs. Anthony Siravo, August 20, 2010, USA vs Anthony Siravo, US District Judge Kenneth Marra, Southern District of Florida, Cyber Forensics Expert
- USA vs. Applied Pharmacy Services - February 01, 2010, U.S. District Judge Ginny Granade Southern District of Alabama, Cyber Forensics Expert
- State of Alabama vs. Brian Pettibone, March 3, 2010, Baldwin County Circuit Court Judge Lang Floyd, Cellular Forensics Expert
- State of Alabama vs. Leslie Eric Buzbee, July 18, 2009, Baldwin County Circuit Court Judge James H. Reid, Cellular Triangulation Expert
- USA vs. Carlos Gordon Pettis, May 12, 2009, U.S. District Judge Kristi DuBose, Southern District of Alabama, Cyber Forensics Expert
- USA vs. Robert Vezendy, February 11, 2009, U.S. District Judge Ginny Granade, Southern District of Alabama, Cyber Forensics Expert
- USA vs. Mitchell Shane Hooks, November 21, 2008, U.S. District Judge Ginny Granade, Southern District of Alabama, Cyber Forensics Expert
- USA vs. Michael Ryan South, May 12, 2008, U.S. District Judge Ginny Granade, Southern District of Alabama, Cyber Forensics Expert
- USA vs. Charlene Schmitz, February 14, 2008, U.S. District Judge Kristi DuBose, Southern District of Alabama, Cyber and Cellular Forensics Expert
- USA vs. Bruce Michael Orr, June 19, 2007, U.S. District Judge Ginny Granade, Southern District of Alabama, Cyber Forensics Expert



Scan QR Code for Current CV