# Attachment B:
# Excerpt of Call Detail Records



**2801305**
**08/31/2019**

**MOBILITY**
**(with cell location)**

AT&T has queried for records from 06/01/2019 12:00:00am to 08/27/2019 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 08/31/2019
Run Time: 13:28:38
Voice Usage For: (616) 889-0111

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 06/02/19 | 02:33:10 | 0:14 | 4:52 | 16165917970 | 16168890111 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MT | [NIOP:VCORR] | [185740047:725547:-85.68222:42.943333:-1.0, 185722297:725505:-85.6501094:42.95584:270:-1.0] |
| 14 | 06/02/19 | 02:52:13 | 0:23 | 0:00 | 16165917970 | 16168890111 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MT | [NIOP] | [185746704:725573:-85.682724:42.962424:150:-1.0] |
| 15 | 06/02/19 | 02:52:15 | 0:25 | 0:01 | 16165917970 12482240128 (F) | 16168890111 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MT | [NIOP:CFNA:VM] | [185746704:725573:-85.682724:42.962424:150:-1.0] |
| 16 | 06/02/19 | 03:01:02 | 0:05 | 1:59 | 16168890111 | 16165917970 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MO | [VCORR] | [185722297:725505:-85.6501094:42.95584:270:-1.0] |
| 17 | 06/02/19 | 15:21:31 | 0:18 | 2:18 | 16165917970 | 16168890111 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MT | [NIOP:VCORR] | [185740047:725547:-85.68222:42.943333:-1.0] |
| 18 | 06/02/19 | 17:36:44 | 0:01 | 0:41 | 16168890111 | 16164214988 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MO | [VCORR] | [185745930:725570:-85.656249:42.96178:270:-1.0, 185740040:725547:-85.68222:42.943333:300:-1.0] |
| 19 | 06/02/19 | 18:20:09 | 0:00 | 0:00 | 16168890111 | 78664361964 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MO | [ ] | [186015267:726622:-85.643367:42.944654:-1.0] |
| 20 | 06/02/19 | 18:20:37 | 0:03 | 1:31 | 16168890111 | 18664361964 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MO | [VCORR] | [186015267:726622:-85.643367:42.944654:-1.0] |
| 21 | 06/02/19 | 21:33:43 | 0:21 | 0:01 | 16168890111 | 16165917970 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MO | [VCORR] | [185740047:725547:-85.68222:42.943333:-1.0] |
| 22 | 06/02/19 | 21:33:47 | 0:01 | 0:00 | 16168890111 | 16162925837 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MO | [ ] | [185740047:725547:-85.68222:42.943333:-1.0] |
| 23 | 06/02/19 | 22:31:34 | 0:26 | 0:56 | 16168890111 | 13084400122 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MO | [VCORR] | [185745930:725570:-85.656249:42.96178:270:-1.0] |
| 24 | 06/02/19 | 22:46:04 | 0:32 | 0:15 | 16168890111 | 16164308846 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MO | [VCORR] | [185746697:725573:-85.682724:42.962424:150:-1.0, 185722290:725505:-85.6501094:42.95584:270:-1.0] |
| 25 | 06/02/19 | 22:47:29 | 0:15 | 1:42 | 16165580941 | 16168890111 | 354393061623 0036 APPLE IPHONE6PLUS | 310410183426236 | MT | [NIOP:VCORR] | [185745930:725570:-85.656249:42.96178:270:-1.0] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.