UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MUSTAFA DEVILLE REYNOLDS,
    also known as "J,"

    Defendant.
_____/

No. 1:20-cr-24

Hon. PAUL L. MALONEY
United States District Judge

**EXHIBITS 25A – 25S TO GOVERNMENT'S RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTION TO EXCLUDE CELL SITE ANALYSIS**





































