UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MUSTAFA DEVILLE REYNOLDS,
    also known as "J,"

        Defendant.

_____/

No. 1:20-cr-24

Hon. PAUL L. MALONEY
United States District Judge

**EXHIBIT 41 TO GOVERNMENT'S RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTION TO EXCLUDE CELL SITE ANALYSIS**

# CURRICULUM VITAE
# THOMAS WILLIAM HEIKKILA JR.

**CURRENT POSITION**

- Detective with the Grand Rapids Police Department assigned to Detective Unit- Major Case Team.  Digital Intelligence Unit.
- Duties include investigating Homicides, Deaths-suspicious circumstances, Assaults-life threatening, Kidnappings/abductions, Armed robberies, Bank Robberies, Extortion, Detonated explosive/incendiary devices, Arsons (involving potential or actual death), and Critical Incidents.  Assists in writing search warrants and serving search warrants on various cell phone carriers and social media outlets, conducts digital forensic examinations of cell phones, and record analysis or call detail records daily.

**ADDITIONAL**

- 23 years of experience as a sworn Grand Rapids Police Officer;
- Worked as patrol officer in Grand Rapids in various service areas of the city;
- Worked as warrant officer in Grand Rapids PD Special Services Warrant Unit;
- 10 years of experience as an Investigator for the Grand Rapids Police Department General case team, Family Services Team, and Major Case Team
- Over 290 hours of digital forensic training.
- Over 180 hours of call detail records and geolocation analysis training.
- Conducts digital forensic examinations daily.
- Conducts record analysis of call detail records and geolocation analysis daily.
- Assists local officers with training in digital evidence seizures, report systems and laws that pertain to digital evidence;
- Certified as a Cellebrite Forensic Phone Examiner

**TECHNICAL TRAINING**

**Forensic Interviewing of Children Seminar**
Child Abuse training Services Program (13 hours)
Department of Human Services
September 11-12, 2013
Grand Haven, Michigan

**Amber alert Training and Technical Assistance training program**
United States Department of Justice (16 hours)
March 11-12, 2014
Grand Rapids, Michigan

**Medicolegal Investigation of Death**
Wayne State School of Medicine (16.5 hours)
April 29-May 1, 2015
Dearborn, Michigan

**Cellebrite Mobile Forensic Fundamentals (CMFF)**
Mobile Device Forensics (8 Hours)
Cellebrite Training Learning Center
March 8, 2016
Grand Rapids, Michigan

**Cellebrite Certified Logical Operator and Certified Physical Analyst (CCLO/CCPA)**
Mobile Device Forensics (40 Hours)
Cellebrite Training Learning Center
May 2-6, 2016
St. Louis, Missouri

**Penlink PLX 101: Basic Analysis Training**
Call Detail Records Analysis training (16 hours)
Penlink
July 13-14, 2016
Lincoln, Nebraska

**National Computer Forensic Institute**
Basic Mobile Device Investigation (36 hours)
United States Secret Service
December 12-16, 2016
Hoover, Alabama

**Cellular Records Analysis and Mapping**
AT&T, Verizon, Sprint, T-Mobile Call Detail Records (10 hours)
PATC TECH
June 28, 2017
Grand Rapids, Michigan

**Introduction to Cellphone investigations (CI 103)**
Preservation, Extraction and Analysis of Cellular Phones (1 hour)
National White Collar Crime Center
June 28, 2017
Grand Rapids, Michigan

**Advanced Flasher box Bootloader For Mobile Device Forensics**
Operating Flasher Boxes and using bootloaders to recover data from mobile devices (32 hours)
Teel Technologies Training Facility
July 10-13, 2017
Norwalk, Connecticut

**Penlink Traning Summit**
Call Analysis training and Social media investigations (14 hours)
Penlink
August 22-23, 2017
Lincoln, Nebraska

**Penlink PLX Advanced Training**
Advanced Call Detail Records Analysis Traning (8 hours)
Penlink
August 24, 2017
Lincoln, Nebraska

**Zetx Training**
40 Hour Basic Cellular Investigations Training (40 hours)
Zetx
March 12-16, 2018
Akron, Ohio

**National Computer Forensics Institute**
Mobile Device Examiner (152 hours)
United States Secret Service
Hoover, Alabama
June 4-28, 2018

**Zetx Training**
40 hour Criminal Investigations using cellular technologies Subject Matter Expert Course for Call Detail Records and Geolocation Analysis (40 hours)
Zetx
Tempe, Arizona
November 5-9, 2018

**CovertTrack Training**
8 hour training for GPS Technology and GPS installation
Dearborn, MI
April 30, 2019

**Cellebrite Advanced Smartphone Analysis (CASA)**
Advanced smartphone analysis training (28 hours)
Huntington Beach, CA
July 9, 2019

**Penlink Traning Summit**
Call Analysis training and Social media investigations (14 hours)
Penlink
August 20-21, 2019
Lincoln, Nebraska

**Penlink PLX Advanced Training**
Advanced Call Detail Records Analysis Training (8 hours)
Penlink
August 22, 2019
Lincoln, Nebraska

**Zetx Training**
40 Hour Basic Cellular Investigations Training (40 hours)
Zetx
January 13-17, 2020
New Braunfels, Texas

**National Computer Forensic Institute**
Basic Network Investigation Training (40 hours)
August 3-7, 2020
Virtual COVID-19

**Zetx Training**
Wireless Exploitation Academy (24 hours)
November 3-6, 2020
Phoenix, Arizona