# Attachment C: Government's Email from May 6, 2021

# Erica Nelson

| | |
|---|---|
| **From:** | Sean Tilton |
| **Sent:** | Thursday, July 15, 2021 6:25 PM |
| **To:** | James Fisher; Pedro Celis; Erica Nelson; Julia Weir; Carlos Clay |
| **Subject:** | FW: Reynolds; Heikkila Jencks |
| **Attachments:** | Heikkila Emails.pdf; IMG-5371.PNG; IMG-5372.PNG |

See below.

Sean Tilton
Assistant Federal Public Defender
Federal Public Defender's Office for the Western District of Michigan
▮

From: McGraw, Daniel (USAMIW) <▮>
Sent: Thursday, May 6, 2021 10:29 AM
To: Sean Tilton <▮>
Cc: James Fisher <▮>; Sanford, Alexis M. (USAMIW) <▮>; Julia Weir <▮>; Vine, Cindy L. (USAMIW) <▮>
Subject: Reynolds; Heikkila Jencks

Hi Sean:

In the event Det. Heikkila testifies this afternoon, we wanted to provide you with any potential Jencks material, which is attached.  See you this afternoon.

Thanks,
Dan


Daniel T. McGraw
Assistant United States Attorney
United States Attorney's Office | Western District of Michigan
▮