UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUSTAFA DEVILLE REYNOLDS,
aka, "J,"

    Defendant.
_____/

Case No. 1:20-cr-24

Hon. Paul L. Maloney
United States District Judge

## SUPPLEMENT TO DEFENDANT'S MOTION TO EXCLUDE CELL-SITE ANALYSIS

Mustafa Deville Reynolds, by his attorney, Sean R. Tilton, Assistant Federal Public Defender, provides the following attachment to supplement his Motion to Exclude Cell-Site Analysis.

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

/s/ Sean R. Tilton
SEAN R. TILTON
Assistant Federal Public Defender
50 Louis NW, Suite 300
Grand Rapids, Michigan  49503
(616) 742-7420

Dated:  July 22, 2021